JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 9 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1629

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

*Donald Miller v. Pfizer, Inc., et al.,* W.D. Tennessee, C.A. No. 2:05-2113

CONDITIONAL TRANSFER ORDER (CTO-4)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 18 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case 1:05-cv-10598-PBS    Document 5-2    Filed 03/28/2005    Page 1 of 3

## U.S. District Court
### Western District of Tennessee (Memphis)
### CIVIL DOCKET FOR CASE #: 2:05-cv-02113-SHM-sta

Miller v. Pfizer Inc. et al
Assigned to: Samuel H. Mays, Jr
Referred to: S. Thomas Anderson
Case in other court: Circuit Court for Shelby County, Tennessee, CT-00009605
Cause: 28:1441 Petition for Removal

Date Filed: 02/08/2005
Jury Demand: Both
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Miscellaneous**

**Jimmy Moore**                represented by **Jimmy Moore**
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
Shelby County Courthouse
140 Adams Ave.
Rm. 224
Memphis, TN 38103
901-576-4006
Fax: prose
PRO SE

**Plaintiff**

**Donald Miller**              represented by **B. J. Wade**
*On Behalf of himself and Others Similarly Situated*
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103
901-527-4673
Fax: 901-521-0940
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Russell Wood**
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103
901-527-4673
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**            represented by   **Prince C. Chambliss, Jr.**
STOKES BARTHOLOMEW EVANS
& PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120
901-525-6781
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company, LLC**    represented by   **Prince C. Chambliss, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parke-Davis & Company**
*a Division of WARNER-LAMBERT*
*COMPANY*            represented by   **Prince C. Chambliss, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2005 | 1 | NOTICE OF REMOVAL by Parke-Davis & Company, Pfizer Inc., Warner-Lambert Company, LLC, from Shelby County Circuit Court, case number CT-000096-05. ( Filing fee $ 250 )(jae, ) (Entered: 02/09/2005) |
| 02/14/2005 | 2 | MOTION to Stay Pending Transfer By The Judicial Panel On Multidistrict Litigation by Parke-Davis & Company, Pfizer Inc., Warner-Lambert Company, LLC. (jae, ) (Entered: 02/15/2005) |
| 02/14/2005 | 3 | MEMORANDUM in Support re [2] MOTION to Stay filed by Parke-Davis & Company, Pfizer Inc., Warner-Lambert Company, LLC. (jae, ) (Entered: 02/15/2005) |
| 02/14/2005 | 4 | CERTIFICATE of Counsel re [2] MOTION to Stay by Prince C. Chambliss, Jr on behalf of Parke-Davis & Company, Pfizer Inc., Warner-Lambert Company, LLC (jae, ) (Entered: 02/15/2005) |

**PACER Service Center**

**Transaction Receipt**

| | | | | |
|---|---|---|---|---|
| | | 03/28/2005 15:05:31 | | |
| PACER Login: | us2510 | Client Code: | | |
| Description: | Docket Report | Search Criteria: | 2:05-cv-02113-SHM-sta | |
| Billable Pages: | 1 | Cost: | 0.08 | |