# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

ROBERT R. DI TROLIO
CLERK OF COURT

MEMPHIS (901) 495-1200
FAX (901) 495-1250
JACKSON (901) 421-9200
FAX (901) 421-9210

April 7, 2005

United States District Court
District of Massachusetts
U.S. Courthouse
1 Courthouse Way
Boston, MA   02210

Attn: Sarah A. Thornton, Clerk of Court

05cv10598 PBS

IN RE Neurontin Marketing and Sales Practices Litigation MDL 1629

    Donald Miller vs.. Pfizer, Inc., et al. (05-2113-Ma)

Dear Clerk of Court:

    Enclosed is the entire case file and docket entries for the above-listed case, along with a copy of your letter requesting same.

    Please acknowledge receipt of same by copy of this letter.

                                Sincerely,

                                ROBERT R. Di TROLIO, Clerk

                                BY: Earline Grayer
                                     Deputy Clerk

Encl.
cc:  Judge
     file

RECEIVED DOCUMENTS ON _____
day of _____, 2005.
By:_____

242 FEDERAL BUILDING
167 N. MAIN STREET
MEMPHIS, TENNESSEE 38103

262 FEDERAL BUILDING
111 S. HIGHLAND
JACKSON, TENNESSEE 38301

CLOSED

# U.S. District Court
# Western District of Tennessee (Memphis)
# CIVIL DOCKET FOR CASE #: 2:05-cv-02113-SHM-sta

Miller v. Pfizer Inc. et al
Assigned to: Samuel H. Mays, Jr
Referred to: S. Thomas Anderson
Cause: 28:1441 Petition for Removal

Date Filed: 02/08/2005
Jury Demand: Both
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Miscellaneous**

**Jimmy Moore**              represented by **Jimmy Moore**
CIRCUIT COURT, 30TH
JUDICIAL DISTRICT
Shelby County Courthouse
140 Adams Ave.
Rm. 224
Memphis, TN 38103
901-576-4006
Fax: prose
PRO SE

**Plaintiff**

**Donald Miller**            represented by **B. J. Wade**
*On Behalf of himself and Others Similarly Situated*
GLASSMAN EDWARDS
WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103
901-527-4673
Fax: 901-521-0940
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Russell Wood**
GLASSMAN EDWARDS
WADE & WYATT, P.C.
26 N. Second Street

        Memphis, TN 38103
        901-527-4673
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**    represented by  **Prince C. Chambliss, Jr.**
    STOKES BARTHOLOMEW EVANS & PETREE, P.A.
    1000 Ridgeway Loop Rd.
    Ste. 200
    Memphis, TN 38120
    901-525-6781
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company, LLC**    represented by  **Prince C. Chambliss, Jr.**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

**Defendant**

**Parke-Davis & Company**
*a Division of*
*WARNER-LAMBERT*
*COMPANY*    represented by  **Prince C. Chambliss, Jr.**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 02/08/2005 | 1 | NOTICE OF REMOVAL by Parke-Davis & Company, Pfizer Inc., Warner-Lambert Company, LLC, from Shelby County Circuit Court, case number CT-000096-05. ( Filing fee $ 250 )(jae, ) (Entered: 02/09/2005) |
| 02/14/2005 | 2 | MOTION to Stay Pending Transfer By The Judicial Panel On Multidistrict Litigation by Parke-Davis & Company, Pfizer Inc., Warner-Lambert Company, LLC. (jae, ) |

| | | |
|---|---|---|
| | | (Entered: 02/15/2005) |
| 02/14/2005 | 3 | MEMORANDUM in Support re [2] MOTION to Stay filed by Parke-Davis & Company, Pfizer Inc., Warner-Lambert Company, LLC. (jae, ) (Entered: 02/15/2005) |
| 02/14/2005 | 4 | CERTIFICATE of Counsel re [2] MOTION to Stay by Prince C. Chambliss, Jr on behalf of Parke-Davis & Company, Pfizer Inc., Warner-Lambert Company, LLC (jae, ) (Entered: 02/15/2005) |
| 04/05/2005 | 5 | CONDITIONAL TRANSFER ORDER (CTO-4)..MDL 1629; case transferred to USDC, District of Massachusetts, assigned case no. 1:05cv10598 PBS, assigned to the Honorable Patti B. Saris. (ehg, ) (Entered: 04/05/2005) |
| 04/06/2005 | 6 | NOTICE (information copy) CONDITIONAL TRANSFER ORDER (CTO-4)..filed 3/9/2005 MDL 1629.(ehg, ) (Entered: 04/06/2005) |
| 04/07/2005 | 7 | SETTING LETTER: Scheduling Conference set for 5/4/2005 10:00 AM in Courtroom M3 - Memphis before S. Thomas Anderson. (jae, ) (Entered: 04/07/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/15/2005 12:54:07 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:05-cv-02113-SHM-sta |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |