# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

ROBERT R. DI TROLIO
CLERK OF COURT

MEMPHIS (901) 495-1200
FAX (901) 495-1250
JACKSON (901) 421-9200
FAX (901) 421-9210

April 7, 2005

United States District Court
District of Massachusetts
U.S. Courthouse
1 Courthouse Way
Boston, MA   02210

Attn: Sarah A. Thornton, Clerk of Court

05cv10598 PBS

IN RE Neurontin Marketing and Sales Practices Litigation MDL 1629

    Donald Miller vs.. Pfizer, Inc., et al. (05-2113-Ma)

Dear Clerk of Court:

    Enclosed is the entire case file and docket entries for the above-listed case, along with a copy of your letter requesting same.

    Please acknowledge receipt of same by copy of this letter.

Sincerely,

ROBERT R. Di TROLIO, Clerk

BY: *Earline Grayer*
Deputy Clerk

Encl.
cc: Judge
    file

RECEIVED DOCUMENTS ON _____
day of _____, 2005.
By:_____

242 FEDERAL BUILDING
167 N. MAIN STREET
MEMPHIS, TENNESSEE 38103

262 FEDERAL BUILDING
111 S. HIGHLAND
JACKSON, TENNESSEE 38301