CLOSED

# U.S. District Court
# Western District of Tennessee (Memphis)
# CIVIL DOCKET FOR CASE #: 2:05-cv-02113-SHM-sta

Miller v. Pfizer Inc. et al
Assigned to: Samuel H. Mays, Jr
Referred to: S. Thomas Anderson
Cause: 28:1441 Petition for Removal

Date Filed: 02/08/2005
Jury Demand: Both
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

### Miscellaneous

**Jimmy Moore**     represented by     **Jimmy Moore**
CIRCUIT COURT, 30TH
JUDICIAL DISTRICT
Shelby County Courthouse
140 Adams Ave.
Rm. 224
Memphis, TN 38103
901-576-4006
Fax: prose
PRO SE

### Plaintiff

**Donald Miller**     represented by     **B. J. Wade**
*On Behalf of himself and Others Similarly Situated*
GLASSMAN EDWARDS
WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103
901-527-4673
Fax: 901-521-0940
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Russell Wood**
GLASSMAN EDWARDS
WADE & WYATT, P.C.
26 N. Second Street

          Memphis, TN 38103
          901-527-4673
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Pfizer Inc.** | represented by | **Prince C. Chambliss, Jr.**<br>STOKES BARTHOLOMEW EVANS & PETREE, P.A.<br>1000 Ridgeway Loop Rd.<br>Ste. 200<br>Memphis, TN 38120<br>901-525-6781<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Warner-Lambert Company, LLC** | represented by | **Prince C. Chambliss, Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Parke-Davis & Company**<br>*a Division of*<br>WARNER-LAMBERT COMPANY | represented by | **Prince C. Chambliss, Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2005 | 1 | NOTICE OF REMOVAL by Parke-Davis & Company, Pfizer Inc., Warner-Lambert Company, LLC, from Shelby County Circuit Court, case number CT-000096-05. ( Filing fee $ 250 )(jae, ) (Entered: 02/09/2005) |
| 02/14/2005 | 2 | MOTION to Stay Pending Transfer By The Judicial Panel On Multidistrict Litigation by Parke-Davis & Company, Pfizer Inc., Warner-Lambert Company, LLC. (jae, ) |

|  |  |  |
|---|---|---|
|  |  | (Entered: 02/15/2005) |
| 02/14/2005 | 3 | MEMORANDUM in Support re [2] MOTION to Stay filed by Parke-Davis & Company, Pfizer Inc., Warner-Lambert Company, LLC. (jae, ) (Entered: 02/15/2005) |
| 02/14/2005 | 4 | CERTIFICATE of Counsel re [2] MOTION to Stay by Prince C. Chambliss, Jr on behalf of Parke-Davis & Company, Pfizer Inc., Warner-Lambert Company, LLC (jae, ) (Entered: 02/15/2005) |
| 04/05/2005 | 5 | CONDITIONAL TRANSFER ORDER (CTO-4)..MDL 1629; case transferred to USDC, District of Massachusetts, assigned case no. 1:05cv10598 PBS, assigned to the Honorable Patti B. Saris. (ehg, ) (Entered: 04/05/2005) |
| 04/06/2005 | 6 | NOTICE (information copy) CONDITIONAL TRANSFER ORDER (CTO-4)..filed 3/9/2005 MDL 1629.(ehg, ) (Entered: 04/06/2005) |
| 04/07/2005 | 7 | SETTING LETTER: Scheduling Conference set for 5/4/2005 10:00 AM in Courtroom M3 - Memphis before S. Thomas Anderson. (jae, ) (Entered: 04/07/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/15/2005 12:54:07 | | | |
| **PACER Login:** | us2510 | **Client Code:** |  |
| **Description:** | Docket Report | **Search Criteria:** | 2:05-cv-02113-SHM-sta |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |